### No. 10-10218 (10A1057). Cary Kerr, Petitioner v. Texas.

563 U.S. 984, 131 S. Ct. 2900, 179 L. Ed. 2d 1205, 2011 U.S. LEXIS 3538.

May 3, 2011. Application for stay of execution of sentence of death, presented

to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 358 S.W.3d 248.